IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALBERTO HERRERA,<br><br>    Plaintiff,<br><br>  v.<br><br>AEROVIAS DE MEXICO S.A. DE C.V.(INC.), a foreign corporation, dba AEROMEXICO; and AEROLITORAL SA DE CV, a foreign corporation, dba AEROMEXICO CONNECT,<br><br>    Defendants. | Case No. 1:19-cv-00202<br><br>Hon. Harry D. Leinenweber |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Defendants Aerovias de Mexico, S.A. de C.V. and Aerolitoral S.A. de C.V. (hereinafter collectively referred to as "Defendants"), and plaintiff Alberto Herrera, hereby request that the above referenced action be, and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear her, his or its own costs and attorney's fees.

**IT IS SO STIPULATED.**

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1

I hereby attest that concurrence in the filing of the Stipulation and [Proposed] Order of Dismissal with Prejudice has been obtained from the other Signatories.

Dated: April 30, 2021

By: /s/ Telly Andrews
Telly Andrews
Richard A. Walker
KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
tandrews@kmalawfirm.com
rwalker@kmalawfirm.com
Telephone: (312) 345-3000
Facsimile: (312) 345-3119

-and-

Scott D. Cunningham
Michelle Rahban
Justin M. Schmidt
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067
scunningham@condonlaw.com
mrahban@condonlaw.com
jschmidt@condonlaw.com
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

*Attorneys for Defendant*
*Aerovias de Mexico, S.A. de C.V.*

Dated: April 29, 2021

By: /s/ William T. Gibbs
William T. Gibbs
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
WTG@CorboyDemetrio.com
Telephone: (312) 346-3191
Facsimile: (312) 346-5562

*Attorneys for Plaintiff*
*Alberto Herrera*