IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALBERTO HERRERA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AEROVIAS DE MEXICO S.A. DE C.V.(INC.),<br>a foreign corporation, dba AEROMEXICO; and<br>AEROLITORAL SA DE CV, a foreign<br>corporation, dba AEROMEXICO CONNECT,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-00202<br><br>Hon. Harry D. Leinenweber |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. 1:19-cv-00202 is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: 5/17/2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Harry D. Leinenweber
　　　　　　　　　　　　　　　　　　United States District Judge